██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MEANS, Appellant. [673 NYS2d 483] —Judgment

unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Sexual Abuse, 1st Degree.) Present—Lawton, J. P., Hayes, Pigott, Jr., Boehm and Fallon, JJ.